AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Gary Robinson ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No.   4:12-cv-3444-TLW |
| Michael McCall, Miriam Snyder, Chris Florian ) | |
| *Defendant* ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: This case is dismissed without prejudice and without issuance and service of process.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Chief Judge Terry L. Wooten, United States District Judge. The Court accepts the Report and Recommendation of the Honorable Thomas E. Rogers, United States Magistrate Judge.


Date:   May 13, 2013                           *CLERK OF COURT*

                                                s/Debbie Stokes
                                                _____
                                                *Signature of Clerk or Deputy Clerk*